# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. DOLLAR,<br><br>  Plaintiff,<br><br>  v.<br><br>KATHY MENDOZA-POWERS, et al.,<br><br>  Defendants.<br> _____ / | CASE NO. 1:06-CV-01839 AWI DLB P<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR A STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 7) |

Plaintiff William J. Dollar ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 14, 2008, defendants filed a motion for summary judgment. More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition. Local Rule 78-230(m).

<u>Plaintiff is required to respond to defendants' motion within **thirty (30) days** from the date of service of this order by filing an opposition or a statement of non-opposition. If plaintiff fails to file a response to defendants' motion, the court will recommend that this action be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.</u>

IT IS SO ORDERED.

  Dated:  **August 15, 2008**               /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

1